# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| Gwendolyn Trimm, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Wal-Mart Stores East, LP, )<br>)<br>Defendant. )<br>) | 7:22-cv-01021-LSC |

## ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal with Prejudice. (Doc. 11.) Accordingly, this case is DISMISSED WITH PREJUDICE. Costs are taxed as paid.

**DONE** and **ORDERED** on January 23, 2023.

_____
L. Scott Coogler
United States District Judge

211211